```
                                                    FILED
                                                    May 20, 2011
       UNITED STATES DISTRICT COURT FOR THE         CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
            EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,     )
                              )   Case No. 2:10-CR-00237-GEB-3
           Plaintiff,         )
v.                            )   ORDER FOR RELEASE OF
                              )   PERSON IN CUSTODY
MICHAEL CHRISTOPHER MOORE,    )
                              )
           Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MICHAEL CHRISTOPHER MOORE</u>, Case No. <u>2:10-CR-00237-GEB-3</u>, Charge <u>Title 21 USC § 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $<u> 100,000 (partially secured by personal property)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court. Title to pink slips shall be transferred to to the District Court within three weeks from today's date.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 20, 2011</u> at <u>12:50</u> pm.

By    *Dale A. Drozd* (signature)
Dale A. Drozd
United States Magistrate Judge