1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **MICHAEL MOORE**

7
                    THE UNITED STATES DISTRICT COURT
8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            CASE NO. 2:10-CR-0237 GEB

11      Plaintiff,                       STIPULATION AND ORDER TO MODIFY
                                         CONDITIONS OF PRETRIAL RELEASE
12      vs.

13 MICHAEL MOORE,

14      Defendant.

15

16      MICHAEL CHRISTOPHER MOORE, by and through his counsel, DAN F. KOUKOL,

17 the United States Government, by and through its counsel, SAMUEL WONG, Assistant United

18 States Attorney, and TAI GASKINS, United States Pretrial Services Officer, hereby agree to

19 modify the defendant's conditions of release by adding the following term:

20      //

21      //

22      //

23      //

24      //

25      //

                                    -1-

1   "You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

Respectfully submitted,

DATED:  June 3, 2011

/s/ Dan Koukol

DAN KOUKOL
Attorney for Defendant,
MICHAEL MOORE

/s/ Samuel Wong

SAMUEL WONG
Assistant United States Attorney

/s/ Tai Gaskins

TAI GASKINS
United States Pretrial Services Officer

**ORDER**

**IT IS SO ORDERED**.

DATED: June 4, 2011

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1\orders.criminal\moore0237.stipord.mod.conds