DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY THOMAS SEAVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GARY JASON GRANT, TIMOTHY THOMAS SEAVER, and MICHAEL CHRISTOPHER MOORE, <br> Defendants. | NO. CR-S-10-237 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL CONFIRMATION HEARING AND TO SET STATUS CONFERENCE/CHANGE OF PLEA** <br><br> Date: December 14, 2012 <br> Time: 9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through SAMUEL WONG, Assistant U.S. Attorney, and defendants, TIMOTHY THOMAS SEAVER, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, and MICHAEL CHRISTOPHER MOORE, by and through his counsel, Dan Frank Koukol, that the trial confirmation hearing of Friday, December 7, 2012 be vacated, and a status conference /change of plea hearing date of Friday, December 14, 2012, at 9:00 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to confer with their clients regarding their change of plea.

///

///

Dated: December 6, 2012

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          */s/ Matthew C. Bockmon*
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for Defendant
          TIMOTHY THOMAS SEAVER

Dated: December 6, 2012      */s/ Matthew C. Bockmon for*
          DAN FRANK KOUKOL
          Attorney for Defendant
          MICHAEL CHRISTOPHER MOORE

Dated: December 6, 2012      BENJAMIN B. WAGNER
          United States Attorney

          By:   */s/ Matthew C. Bockmon for*
          SAMUEL WONG
          Assistant U.S. Attorney
          Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY JASON GRANT, TIMOTHY THOMAS SEAVER, and MICHAEL CHRISTOPHER MOORE,<br><br>　　　　　Defendants. | No. CR-S-10-237 GEB<br><br>**[PROPOSED] ORDER VACATING TRIAL CONFIRMATION HEARING AND SETTING STATUS CONFERENCE/CHANGE OF PLEA** |

Based on the reasons set forth in the stipulation of the parties filed on December 7, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the trial confirmation hearing be vacated, and that the case be set for status conference/change of plea on **Friday, December 14, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: December 7, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge