1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **MICHAEL MOORE**

7
                  **IN THE UNITED STATES DISTRICT COURT**
8                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,             CASE NO. 2:10-CR-0237 GEB

11       Plaintiff,                        ORDER EXONERATING BOND

12       vs.

13  MICHAEL MOORE,

14       Defendant.

15

16      The Court finds that Mr. Moore was released pursuant to a $100,000.00 unsecured bond,

17  collateralized by a 2002 Bayliner, VIN BIYJ98BED202, a 2003 Nissan, VIN

18  1N4BL11D43C173357, and a 2004 Dodge, VIN 1D7HA18D645737782, which was posted to

19  the Clerk of the Court. On December 14, 2012, Mr. Moore entered a guilty plea to Count 1 of the

20  Indictment subject to Rule 11(c)(1)(C). On April 5, 2013, the Court sentenced Mr. Moore to

21  imprisonment for a term of 24 months and was remanded to the custody of the Bureau of

22  Prisons.

23      //

24      //

25      //

1   Therefore, it is hereby ORDERED that the $100,000.00 unsecured bond posted in this
2   case is ordered exonerated and the Clerk of the Court is directed to reconvey to the surety, Brian
3   Brown.

4   **Date:  4/18/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge