DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MICHAEL MOORE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-0237 GEB |
| Plaintiff, | [PROPOSED] ORDER TO EXONERATE BOND |
| vs. | |
| MICHAEL MOORE, | |
| Defendant. | |

The Court finds that Mr. Moore was released pursuant to a $100,000.00 unsecured bond, collateralized by a 1977 Islander 382, Vessel Number CF 4671 G0, which was posted to the Clerk of the Court (Exhibit A). On December 14, 2012, Mr. Moore entered a guilty plea to Count 1 of the Indictment subject to Rule 11(c)(1)(C). On April 5, 2013, the Court sentenced Mr. Moore to imprisonment for a term of 24 months and Mr. Moore was remanded to the custody of the Bureau of Prisons.

/ /

/ /

/ /

/ /

-1-

1    Therefore, it is hereby ORDERED that the $100,000.00 unsecured bond posted in this
2    case is ordered exonerated and the Clerk of the Court is directed to reconvey the title to the
3    vessel described in Exhibit A to the surety, Lorne E. Gould.

4    **Date:  5/7/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge